129 F.3d 614
 In re Isabel B. Andrade, Jean Holub, Co-Administrator, Legal
Representative of Estates of Bobbie Layne Koresh, Star
Hadassah Howell, Cyrus Ben Joseph Howell, Minor Children
Deceased, Misty Dawn Ferguson, Debborah Brown, James Loye
Riddle, Oliver Gyarfas, as Administrator of Estate of Aisha
Gyarfas Summers, Deceased, Estate of Startle Summers,
Deceased, Helen Martin, Stanley Sylvia
 NO. 97-50255
 United States Court of Appeals,
Fifth Circuit.
 Sept 16, 1997
 
 1
 W.D.Tex.
 
 
 2
 DENIALS OF REHEARING EN BANC.